UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL PRICE,

    Plaintiff,

v.                                            Case No. 14-11858

COUNTY OF OAKLAND, *et al.*,

    Defendants.
                                               /

**ORDER SETTING INITIAL DISCOVERY SCHEDULE**

On July 11, 2014, the court held a scheduling conference with the parties. It appears that the crux of Plaintiffs' claims will be a challenge to the affidavit that supported the search warrant issued for his property on June 6, 2011. The parties agreed that limited discovery into the factual statements used in the affidavit would help focus the case and narrow the issues before the court. Accordingly,

IT IS ORDERED that the parties are DIRECTED to engage in limited discovery for a period of **90 days** into the factual statements used by Defendants to obtain a search warrant for Plaintiffs' property on June 6, 2011. The discovery practice standards set forth in the court's ordinary scheduling order will apply.

IT IS FURTHER ORDERED that the parties are DIRECTED to appear for a telephonic status conference on **October 10, 2014 at 11:00 a.m.** The purpose of this conference will be to determine whether additional discovery or dispositive motion practice deadlines are necessary.

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: July 14, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 14, 2014, by electronic and/or ordinary mail.

        s/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522