**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

DANIEL PRICE,

    Plaintiff,

v.                                          Case No. 14-11858

COUNTY OF OAKLAND, *et al.*,

    Defendants.

                                            /

**ORDER DENYING DISCOVERY MOTIONS AS MOOT
AND SETTING BRIEFING SCHEDULE**

On November 17, 2014, the court held a telephone conference with the parties. All parties have completed the limited discovery contemplated by the court's order dated July 14, 2014. (Dkt. # 16.) Accordingly,

IT IS ORDERED that Defendants' Motion to Quash Notice of Deposition and/or for Protective Order (Dkt. # 20) is DENIED AS MOOT.

IT IS FURTHER ORDERED that Plaintiff's Motion to Compel Depositions (Dkt. # 21) is DENIED AS MOOT.

IT IS FURTHER ORDERED that Defendants shall file their Motion for Partial Summary Judgment on the issue of the validity of the warrant by **December 8, 2014**. Plaintiff shall file his response by **January 5, 2015**. Defendant's reply, if any, is due **January 19, 2015**.

                                               s/Robert H. Cleland
                                               ROBERT H. CLELAND
                                               UNITED STATES DISTRICT JUDGE

Dated: November 20, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 20, 2014, by electronic and/or ordinary mail.

             s/Lisa Wagner
             Case Manager and Deputy Clerk
             (313) 234-5522