UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL PRICE,

    Plaintiff,

v.                                   Case No. 14-11858

COUNTY OF OAKLAND, *et al.*,

    Defendants.
_____/

**ORDER SETTING DEADLINE**

On December 12, 2014, the court held an off-the-record telephone conference with the parties regarding Plaintiff's Motion to Strike Objections and Compel More Complete Responses to Plaintiff's Request for Production of Documents. (Dkt. # 24.) In the course of the discussion, Defendants' counsel represented that he understood no responsive documents relevant to the events of June 5 and 6, 2011 to exist. Defendants' counsel further agreed that efforts shall be taken forthwith to verify this understanding. Upon such verification, an affidavit to that effect will be filed and presented to Plaintiff's counsel. It is the court's inclination to accept this as an appropriate response to the motion. Accordingly,

IT IS ORDERED that Defendants shall provide responsive documents or an affidavit averring the non-existence of such documents by **December 19, 2014**.

                                                s/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: December 16, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 16, 2014, by electronic and/or ordinary mail.

                                          s/Lisa Wagner
                                          Case Manager and Deputy Clerk
                                          (313) 234-5522