**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

DANIEL PRICE,

    Plaintiff,

v.                                          Case No. 14-11858

COUNTY OF OAKLAND, *et al.*,

    Defendants.

                                            /

**JUDGMENT**

In accordance with the court's "Opinion and Order Granting Defendants' Motion for Summary Judgment" dated March 3, 2015,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants County of Oakland, Sheriff Michael J. Bouchard, and Detective Mark Ferguson. Dated at Detroit, Michigan, this 3rd day of March 2015.

                                                    DAVID J. WEAVER
                                                    CLERK OF THE COURT

                                                    s/ Lisa Wagner
                                              By: Lisa Wagner, Case Manager
                                                 to Judge Robert H. Cleland